FILED
EASTERN DISTRICT COURT
DISTRICT ARKANSAS
JUN 06 2023
TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00165 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 21 U.S.C. § 841(a)(1) & (b)(1)(D) |
| TRE MCKINNEY | | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. On or about December 18, 2022, the defendant,

TRE MCKINNEY,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Theft of Property, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-12-415;

2. Robbery and Theft of Property Obtained by Serious Physical Injury, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-12-1551;

3. Possession of Firearms by Certain Persons, Forgery, and Possession of a Defaced Firearm, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-15-149; and

4. Possession with Intent to Distribute Marijuana, in Ashley County, Arkansas, Circuit Court in Case Number 02CR19-16.

B. On or about December 18, 2022, in the Eastern District of Arkansas, the defendant,

1



TRE MCKINNEY,

knowingly possessed, in and affecting commerce, a firearm, that is: a Magpul, 9mm rifle, bearing serial number AKV017532, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about December 18, 2022, in the Eastern District of Arkansas, the defendant,

TRE MCKINNEY,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 3

On or about December 18, 2022, in the Eastern District of Arkansas, the defendant,

TRE MCKINNEY,

knowingly and intentionally possessed a Magpul, 9mm rifle, bearing serial number AKV017532, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 4

On or about April 24, 2023, in the Eastern District of Arkansas, the defendant,

TRE MCKINNEY,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 2, 3, or 4 of this Indictment, the defendant, TRE MCKINNEY, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 2, 3, or 4 of this Indictment, the defendant, TRE MCKINNEY, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, 3 or 4 of this Indictment, the defendant, TRE MCKINNEY, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]